opinion filed May 27, 1948; re-
hearing denied July 14, 1948; released for publication July 14, 1948.
Costigan, Wollrab & Yoder, for appellant; Stone, Stone & Hess, for
appellees. Opinion by PRESIDING JUSTICE WHEAT. Not to be published
in full.

Freyn Engineering Company, Appellant, v. Thomas
Hoist Company, Appellee.

Gen. No. 44,245.

opinion filed June 23, 1948; released for publication July 12,
1948. Seago, Pipin, Bradley & Vetter, for appellant; Charles O. Butler,
of counsel; Concannon, Dillon, Snook & Arthur, for appellee; William
H. Dillon and Herbert Morton, of counsel. Opinion by JUSTICE LEWE.
Not to be published in full.